**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

ROOSEVELT BRADLEY,

      Plaintiff,

      v.                      CAUSE NO. 2:25-CV-310-PPS-JEM

ABG-VOLCOM, LLC,

      Defendant.

## ORDER

Plaintiff Roosevelt Bradley's Notice of Dismissal Pursuant to Rule 41(a)(1) [DE 14] is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

      **SO ORDERED**.

      ENTERED:  October 17, 2025.

                            /s/Philip P. Simon
                            PHILIP P. SIMON, JUDGE
                            UNITED STATES DISTRICT COURT

1